```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
DONINI INTERNATIONAL S.P.A.,            :

                Plaintiff,              :

        -against-                       :     03 Civ. 9471-CSH

SATEC (U.S.A) LLC,                      :     ORDER

                Defendant.              :
---------------------------------------x
```

In response to a letter sent to Kevin P. Quill, Esq., counsel for plaintiff, requesting the present status of the case, on April 11, 2008, Mrs. Carmel Quill, Mr. Quill's wife, telephoned my courtroom deputy to advise that Mr. Quill had suffered a stroke on December 9, 2007 and is presently in rehabilitation and unable to proceed with the case at this time. She was instructed to have Mr. Quill advise the Court when he returns to his practice so that the case may proceed. For these reasons, it is hereby

ORDERED, that the Clerk of the Court transfer this case to the suspense docket of this Court. Either party may apply by letter for restoration of the action to the active calendar of the undersigned.

Dated: New York, New York
       April 17, 2008

CHARLES S. HAIGHT, JR.
Senior United States District Judge